CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: **NOVAK**
REPORTER: FTR
DOCKET NO. **3:19MJ092 (DJN)**
DATE: **7-16-19**

UNITED STATES OF AMERICA
v.
COUNSEL

1. **Ahmed Elhoussein (1)**     1. _____
2. **Dedde Cheikh (2)**         2. _____

APPEARANCES: GOVERNMENT _____ **David T. Maguire** (✓)
DEFENDANT WITH COUNSEL ( )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS: DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

TYPE OF PROCEEDINGS:
INITIAL (✓)   ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( )   DETENTION ( )   MOTIONS ( )   OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS:
DATE OF ARREST: _____   GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE (✓) **warrants out of EDNC-Western Dvs.**
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
COURT SUMMARIZED CHARGES (✓)   DEFT. ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( )   COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL (✓) **Elhoussein**
GOVT'S MOTION TO DETAIN DEFT (✓)   ORDER OF TEMPORARY DETENTION (✓)
DEFT REMANDED (✓)   DETENTION HEARING SET: _____

PRELIMINARY HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )   DEFT REMANDED ( )
WITNESS(ES) _____

**Laura J. Koenig, AFPD present**

DETENTION HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )   FLIGHT RISK ( )   DANGER ( )
DEFENDANT RELEASED ON PR BOND ( )   ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( )   MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )
DEFT REMANDED ( )   GOVT NOT SEEKING DETENTION ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
WITNESS(ES) _____

**Cheikh continued to today at 3:00.**
**& Elhoussein (financial affidavits to be completed)**

CASE CONTINUED TO: **July 16**, 20**19** AT **3:00 P**.M. FOR **Rule 5/Detention**

CASE SET:   BEGAN: **2:09**   ENDED: **2:17**   TIME IN COURT: **08**