IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.                          **Criminal Case No. 3:19MJ00092 (DJN)**

**AHMED ELHOUSSEIN, AND**
**DEDDE CHEIKH**
    **Defendants.**

## TEMPORARY DETENTION ORDER

Upon motion of the United States Attorney, and finding that this case involves (1) an offense described in 18 U.S.C. § 3142(f)(1)(A)-(E) or (2) a serious risk that the defendant will flee or will, or will attempt to, obstruct justice or threaten, injure, or intimidate a prospective witness or juror, pursuant to 18 U.S.C. § 3142(f)(2)(A)-(B), it is ORDERED that:

1. The Identity and Detention Hearings be held.

2. The hearing be held at the United States District Court, Richmond, Virginia, on July 19, 2019 at 10:45 a.m.

3. The defendant is committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 3142(i) for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

4. The defendant be afforded reasonable opportunity to consult with his attorney.

5. The person in charge of the corrections facility deliver the defendant to the United States Marshal on order of a Court of the United States or on request of an attorney for the

government.

6. The person in charge of the corrections facility deliver the defendant to the United States Marshal, and the United States Marshal produce the defendant before this Court on July 19, 2019 at 10:45 a.m., or further proceedings. The Clerk is directed to FILE this Order electronically and notify all counsel of record and the United States Marshals Service, Richmond Division, accordingly.

/s/
David J. Novak
United States Magistrate Judge

Dated: July 16, 2019
Richmond, Virginia

TDO-1-416

2